SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>RESTAURANTS UNLIMITED, INC; and DOES 1-25, Inclusive,<br><br>    Defendants<br>_____/ | CASE NO. C 08-05689 MEJ<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>FRCP section 41 |

    Plaintiff Carolyn Martin and defendant Restaurants Unlimited, Inc., by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

    Plaintiff filed this lawsuit on December 19, 2008.

    Plaintiff and defendant have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against defendant. A copy of the "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff and defendant stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

    Plaintiff moves to dismiss with prejudice the lawsuit against defendant.

    Defendant, who has answered the complaint, agrees to the dismissal with prejudice.

    This case is not a class action, and no receiver has been appointed.

    This Stipulation and Order may be signed in counterparts, and facsimile

Stipulation And Order For Dismissal

signatures shall be as valid and as binding as original signatures.

    Wherefore, plaintiff and defendant, by and through their attorneys of record, so stipulate.

Date: 8/7/09

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff
Carolyn Martin

Date: 8-7-09

NIXON PEABODY LLP
/s/ Joshua M. Henderson

Joshua M. Henderson
Attorney for Defendants
Restaurants Unlimited, Inc.

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

    The lawsuit against defendant is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement."

Date: August 10, 2009

Maria Elena James
United States Magistrate Judge

Stipulation And Order For Dismissal    -1-